# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) DOCKET NO.: 3:12-cr-239 |
| | ) |
| **TRAVIS BUMPERS (3)** | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court *sua sponte* in order to correct and clarify the record relating to Defendant's sentencing. On January 20, 2015, the Court held a sentencing hearing in this case. At the hearing, the Defendant was ordered to pay restitution to a number of identified victims listed in the Pre-Sentence Report prepared by the U.S. Probation Office (Doc. No. 756). While the amounts listed as to each victim are correct, the Court and the pre-sentence report misstated the total amount of restitution to be paid due to an addition error. The correct total is $4,666,658.28 instead of $4,666,388.28.

Also, the Court misstated the counts which were to be dismissed as to this Defendant. Counts Two, Three, Four, Five, and Six are to be dismissed, rather than Counts Three and Seven, as stated at the hearing.

**THEREFORE**, let the record reflect that the total amount of restitution to be paid as to this Defendant is $4,666,658.28, and the counts to be dismissed are Counts Two, Three, Four, Five, and Six.

**SO ORDERED.**

Signed: January 22, 2015

Graham C. Mullen
United States District Judge